UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-20985-CV-UU

"IN ADMIRALTY"

RANGER OFFSHORE MEXICO, S. DE R.L. DE C.V.,

       Plaintiff,

v.

GRUPO TRADECO, S.A. DE C.V.,

       Defendant.
_____/

## ORDER DIRECTING THE ISSUANCE OF THE PROCESS OF ATTACHMENT AND GARNISHMENT

Pursuant to Supplemental Rule B(1) and Local Admiralty Rule B(3)(a), the Clerk of the Court is directed to issue the summons and process of attachment and garnishment in the above-styled action.

DONE AND ORDERED at Miami, Florida, this 12 day of Mar, 2015.

_____
U.S. District Judge