UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



CASE NO. 15-20985-CIV-UNGARO/OTAZO-REYES

"IN ADMIRALTY"

RANGER OFFSHORE MEXICO, S. DE R.L. DE C.V.,

       Plaintiff,

v.

GRUPO TRADECO, S.A. DE C.V.,

       Defendant.

_____/

**PROCESS OF ATTACHMENT AND GARNISHMENT**

The complaint in the above-styled case was filed in the Miami Division of this Court on March 11, 2015.

In accordance with Supplemental Rule B of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedures and Local Admiralty Rule B, you are directed to attach and garnish the property indicated below:

> All property, tangible or intangible, including: assets, accounts, freights, hire payments, monies, charter hire, credits, debts, unmatured debts, debts owed to the defendants, effects, payments for bunkers, cargo, goods or services, bills of lading, cargo and the like belonging to or claimed by the defendant, including monies maintained in accounts for the benefit of, the defendant GRUPO TRADECO, S.A. DE C.V. within this District to the amount sued for herein be attached pursuant to Supplemental Rule B and the same be attached to pay Plaintiff's damages which are found in the possession of garnishees or which are found in the possession or control of specific garnishees, to wit: Banco Espirito Santo, S.A., Novo Banco, S.A., and Espirito Santo Bank and/or any other garnishee within this district.
>
> You shall also giver notice of the attachment and garnishment to every person required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

MI-476511 v4

DATED at **MIAMI**, Florida, this **12TH** day of **MARCH**, 2015.

CLERK **Steven M. Larimore**

By: _____
Deputy Clerk

Christina M. Paul, Esq.
Florida Bar No. 596876
christina.paul@klgates.com
K&L Gates LLP
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 3900
Miami, FL 33131
Telephone:   305-539-3316
Facsimile:    305-358-7095
*Attorneys for Plaintiff*
*Ranger Offshore Mexico, S. de R.L. de C.V.*

## SPECIAL NOTE

Any person claiming an interest in property seized pursuant to this process of attachment and garnishment must file a claim in accordance with the post-seizure provisions of Local Admiralty Rule B(5).