UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 15-20985-CIV-UNGARO/OTAZO-REYES**

"IN ADMIRALTY"

RANGER OFFSHORE MEXICO, S. DE
R.L. DE C.V.,

        Plaintiff,

v.

GRUPO TRADECO, S.A. DE C.V.,

        Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

      Plaintiff, Ranger Offshore Mexico, S. de R.L. de C.V., by and through its undersigned counsel, hereby submits its Notice of Voluntary Dismissal of Action Without Prejudice for the instant case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Defendant has not appeared, answered, or filed a motion for summary judgment in this action.  No costs are to be assessed to any party.

Dated:  April 20, 2015

                                                        Respectfully submitted,

                                                        /s/  Christina M. Paul
                                                        Christina M. Paul, Esq.
                                                        Florida Bar No. 596876
                                                        christina.paul@klgates.com
                                                        **K&L GATES LLP**
                                                        Southeast Financial Center
                                                        200 S. Biscayne Boulevard, Suite 3900
                                                       Miami, FL  33131-2399
                                                       Telephone:     305-539-3300
                                                       Facsimile:      305-358-7095
                                                       *Attorneys for Plaintiff*
                                                       *Ranger Offshore Mexico, S. de R.L. de C.V.*