UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:15-cv-20985-UU

RANGER OFFSHORE MEXICO,
S. DE R.L. DE C.V.,

    Plaintiff,

v.

GRUPO TRADECO, S.A. DE C.V.,

    Defendant.
_____/

### ORDER

THIS CAUSE is before the Court *sua sponte.*

THE COURT has reviewed the record and is otherwise fully advised in the premises. On April 20, 2015, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice, D.E. 14, notifying the Court that Plaintiff voluntarily dismisses this action. Accordingly, it is hereby

ORDERED AND ADJUDGED that, for Administrative Purposes, this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of April, 2015.

*[signature: Ursula Ungaro]*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record